# REDACTED

②

USDC of DE #: 08-113-M

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

2008 CRW 2301

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**    USW NO.:

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | PDID: |
|---|---|---|---|---|
| DREW, COURTNEY ANTOWON | SHAKUR | | | |

| SEX | RACE | DOB | HGT | WGT | EYES | HAIR | COMPL | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|
| M | B | -80 | | | | | | |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| BONWOOD RD. WILMINGTON, DELAWARE | |

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| 2401 PENNSYLVANIA AVE. WILMINGTON, DE. | UNKNOWN |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| | |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| MILITARY ROAD NW WASHINGTON, DC | 06-18-08 | 10:00PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 91 = Other

**BRIEF DESCRIPTION OF WHAT HAPPENED:**

On June 19, 2008, a photo of the defendant was obtained from Pennsylvania State Police. The photo of the defendant was shown to the complainant. The complainant positively identified the defendant as the person who threatened her.

Based on the aforementioned facts and circumstances, the affiant has probable cause to believe the defendant did threaten the complainant.

**AFFIANT'S SIGNATURE:** X _[signature]_

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR: Courtney Drew

Charge With: Felony Threats (DV) ✓

_[signature]_ McCoy 6/19/08
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS 19th DAY OF June 20 08

_[signature]_ R. W_____
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050    Revision Date: 11-29-06

USDC of DE #.
08-113-M

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

2008 CRW 2301

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**   USW NO.:

| DEFENDANT'S NAME: | NICKNAME: | ALIASES: | CCN: | PDID: |
|---|---|---|---|---|
| DREW, COURTNEY ANTOWON | SHAKUR | | | |

| SEX: | RACE: | DOB: | HGT: | WGT: | EYES: | HAIR: | COMPL: | SCARS, MARKS, TATOOS |
|---|---|---|---|---|---|---|---|---|
| M | B | 80 | 5' | | BRN | BLK | MED | SHAKUR / MARIJUANA LEAF |

| DEFENDANT'S HOME ADDRESS: | TELEPHONE NUMBER: |
|---|---|
| BONWOOD RD. WILMINGTON, DELAWARE | |
| DEFENDANT'S BUSINESS ADDRESS: #A | TELEPHONE NUMBER: |
| PENNSYLVANIA AVE. WILMINGTON, DE. | UNKNOWN |

| COMPLAINANT'S NAME: | TELEPHONE NUMBER: |
|---|---|
| GHASSABEH, NEDA | |

| LOCATION OF OFFENSE: | DATE OF OFFENSE: | TIME OF OFFENSE: |
|---|---|---|
| MILITARY ROAD NW WASHINGTON, DC | 06-18-08 | 10:00PM |

**CAUTION AND MEDICAL CONDITIONS (CMC)**
Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On June 19, 2008, the complainant reported to the Metropolitan Police Department that on June 18, 2008, the defendant called the complainant on her cell phone. The defendant was irate and told the complainant, "I'm going to kill you" because you deserve it". The defendant called the complainant three more times that night and told the complainant he was going to kill her. The defendant also stated if the complainant goes to the police, he would come after the complainant and her family.

Further investigation revealed the defendant is the complainant's boyfriend. They have been dating each other since February of 2007. Since December of 2007, the defendant has physically assaulted the complainant on several different occasions and threatened he was going to burn her with a hot iron.

The complainant provided the police with the defendant's name, home address, date of birth and physical description.

AFFIANT'S SIGNATURE:

TO: WARRANT CLERK

PLEASE ISSUE A WARRANT FOR:
Courtney Drew
Charge With: Felony Threats (DV) ✓
Rikki McCoy 6/19/08
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN BEFORE ME THIS
19th DAY OF June 20 08
R. Winston
(JUDGE) DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Form CD(17)-1050                                                    Revision Date: 11-29-06