IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Mag. Case No.: 08-113-M |
| | : | |
| COURTNEY A. DREW | : | |
| | : | |

**MOTION FOR DETENTION PENDING TRANSFER**

**NOW COMES** the United States and moves for the detention of the defendant pending transfer to another district, pursuant to 18 U.S.C. § 3142(e) and (f), and Federal Rule of Criminal Procedure 5(c). In support of the motion, the United States alleges that the Court should detain the defendant because he poses a danger to the community and there are no conditions of release which will reasonably assure the defendant's appearance as required.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: July 1, 2008